DONG, ADAM'S LAW FIRM PLLC
Adam Dong, Esq.
3708 Main St, Suite 308
Flushing, NY 11354
Tel:    (929) 269-5666
*Attorneys for Plaintiffs, proposed FLSA Collective and potential Rule 23 Class*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------x

CHI CHEN,
*on behalf of himself and others similarly situated*

*Plaintiff*,

v.

A & T ENGINEERING, P.C.,
ROBERT H. LIN a.k.a ROBERT HONG LIN,
and DANIEL LIN,

*Defendants*.

-------------------------------------x

Case No. 20-cv-03166

**29 U.S.C. § 216(b) COLLECTIVE ACTION & FED. R. CIV. P. 23 CLASS ACTION**

**NOTICE OF VOLUNTARY DIMISSAL UNDER FEDERAL RULES OF CIVIL PROCEDURE 41(a)(1)(A)(i)**

Plaintiff CHI CHEN, on behalf of himself and others similarly situated, by and through his attorneys, Dong, Adam's Law Firm PLLC. and Adam Dong, Esq., pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i), hereby dismisses **ONLY** Count VI (unjust enrichment) and Count VII (breach of contract) claims against Defendants **WITHOUT PREJUDICE.**

Dated: Flushing, New York
       August 10, 2020

Dong, Adam's Law Firm PLLC

_____/s/ Adam Dong_____
Adam Dong, Esq.
3708 Main St, Ste 308
Flushing, NY 11354
Tel: (929) 269-5666
Email: adam.dong@dongadams.com