**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
―――――――――――――――――――――――――x

CHI CHEN,
*on behalf of himself and others similarly situated*

                        *Plaintiff*,

        v.

A & T ENGINEERING, P.C.,
ROBERT H. LIN a.k.a ROBERT HONG LIN,
and DANIEL LIN,

                        *Defendants*.
―――――――――――――――――――――――――x

Case No. 20-cv-03166-ENV-JO

**29 U.S.C. § 216(b)**
**COLLECTIVE ACTION &**
**FED. R. CIV. P. 23 CLASS**
**ACTION**

**STIPULATION**

      **IT IS HEREBY AND AGREED** by and between the attorneys for the Plaintiffs and the attorneys for Defendants as follows:

      1.    The Defendants' time to answer the Complaint or to otherwise respond is extended to and include August 24, 2020;

      2.    Defendants agree to (i) accept service of the Complaint and all amendments thereof in the above-captioned action, and (ii) Defendants waive all defenses to service of process;

      3.    For this stipulation, facsimile signatures shall be deemed as originals with the same full force and effect.

| | |
|---|---|
| Dated: Flushing, New York<br>August 11, 2020 | Dated: Flushing, New York<br>8/11/2020 |
| By:   */s/ Xue J. Huang*<br>Xue J. Huang, Esq.<br>Huang, Chen & Wu, PLLC<br>38-08 Union Street, Ste 9B<br>Flushing, NY 11354<br><br>Tel: (718) 886-5900<br>Fax: (718) 886-5993<br>Email: xhuang@hcwlawgroup.com<br>*Attorneys for Defendants* | By:   */s/Adam Dong*<br>Adam Dong, Esq.<br>Dong, Adam's Law Firm PLLC<br>3708 Main St, Ste 308<br>Flushing, NY 11354<br><br>Tel: (929) 269-5666<br>Email: adam.dong@dongadams.com<br>*Attorneys for Plaintiffs, proposed FLSA*<br>*Collective and potential Rule 23 Class* |